```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARLOS RODRIGUEZ, et al.        :      CIVIL ACTION
                                :
          v.                    :
                                :
CITY OF PHILADELPHIA            :      NO. 07-cv-04021-JF
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                        April 18, 2008

       The defendant, City of Philadelphia, has filed a Motion for Judgment on the Pleadings.  After carefully considering defendant's brief in support of its motion, plaintiffs' brief in opposition, the defendant's brief in rebuttal, and plaintiffs' brief in sur-rebuttal, I am satisfied that the issues are not sufficiently clear to permit disposition on a motion for judgment on the pleadings.  Plaintiffs' allegations, as interpreted by plaintiffs' counsel, could, if established as facts, enable a reasonable fact-finder to predicate liability upon a "state-created danger" theory, and/or one or more of the other theories propounded in plaintiffs' argument.  The Motion for Judgment on the Pleadings will therefore be denied, without prejudice to a properly supported motion for summary judgment, if warranted.

       An Order follows.

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARLOS RODRIGUEZ, et al.      :     CIVIL ACTION
                              :
          v.                  :
                              :
CITY OF PHILADELPHIA          :     NO. 07-cv-04021-JF
```

ORDER

AND NOW, this 18th day of April 2008, upon consideration of defendant's Motion for Judgment on the Pleadings, and the responses thereto, IT IS ORDERED:

that the defendant's motion is DENIED, without prejudice to a properly supported motion for summary judgment, if appropriate

```
                                 BY THE COURT:



                                 /s/ John P. Fullam
                                 John P. Fullam, Sr. J.
```